**LAW OFFICE OF ROOSEVELT N. NESMITH, LLC**
Roosevelt N. Nesmith, Esq. (008271997)
400 Broadacres Drive, Suite 260
Bloomfield, New Jersey  07003
Tel: 973-259-6990
*Attorney for Plaintiffs*
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL VOGT, TERON MANUEL, JAMES COSBY and DEVIN ELDER, individually and on behalf of all others similarly situated, | Civil Action No.   1:22-cv-1998 |
| | Hon. Christine P. O'Hearn, U.S.D.J. |
| Plaintiffs, | Hon. Sharon A. King, U.S.M.J |
| -vs- | |
| NOVO BUILDING PRODUCTS, LLC, NOVO   DISTRIBUTION, LLC, and THE EMPIRE COMPANY, LLC, | |
| Defendants. | |
| MATTHEW DURKEL, individually and on behalf of all others similarly situated, | |
| | Civil Action No.   1:23-cv-3414 |
| Plaintiffs, | Hon. Christine P. O'Hearn, U.S.D.J. |
| -vs- | Hon. Sharon A. King, U.S.M.J. |
| NOVO BUILDING PRODUCTS, LLC, NOVO   DISTRIBUTION, LLC, and THE EMPIRE COMPANY, LLC, | |
| Defendants. | |

**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

**TO ALL COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to L.R. Civ. P. 7.1(i), the undersigned attorneys for Plaintiffs Michael Vogt, Teron Manuel, James Cosby, Devin Elder, Matthew Durkel and the 39 Opt-In Plaintiffs (collectively, "Plaintiffs") hereby move unopposed before the Honorable Christine P. O'Hearn for approval of the settlement reached by the parties in the above-captioned matters.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely on the supporting Memorandum of Law submitted with the settlement agreement affixed as Exhibit 1, and the declaration of counsel for Plaintiffs submitted herewith.

Dated:   March 19, 2024

        s/Roosevelt N. Nesmith
        Roosevelt N. Nesmith, Esq.

**LAW OFFICE OF ROOSEVELT N. NESMITH LLC**
Roosevelt N. Nesmith, Esq. (008271997)
400 Broadacres Drive, Suite 260
Bloomfield, New Jersey   0703
Tel: 973-259-6990

Catherine E. Anderson, Esq.
**GISKAN SOLOTAROFF & ANDERSON LLP**
90 Broad Street, 10th Floor
New York, NY 10004
Tel: (212) 847-8315
*canderson@gslawny.com*

David R. Markham, Esq.
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel: (619) 399-3995
*dmarkham@markham-law.com*
*Attorneys for Plaintiffs*